**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01429-JLK

MICHELLE GLASGOW,

    Plaintiff,

v.

HUMANA INSURANCE COMPANY,

    Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

THE COURT having reviewed the Stipulated Motion to Dismiss with Prejudice (Doc. 19) construes it as a stipulation of dismissal pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay their own attorneys' fees and costs.

BY THE COURT:

January 13, 2016
DATE

*/s/ John L. Kane*
John L. Kane
Senior U.S. District Court Judge